UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| PATRICIA EAGAN, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, <br> Plaintiff(s), <br> v. <br><br> ORACLE CORPORATION, <br> Defendant(s). | § § § § § § § § § § | Civil Action No. <u>1:25-cv-01805-ADA-SH</u> |

## RETURN OF SERVICE

Came to my hand on **Wednesday, November 12, 2025 at 6:39 PM,**
Executed at: **211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701**
at **10:45 AM**, on **Friday, November 14, 2025**, by delivering to the within named:

**ORACLE CORPORATION**

by delivering to its **Registered Agent, CORPORATION SERVICE COMPANY**
by delivering to its **Authorized Employee, Neisha Gross**
a true copy of this
**SUMMONS IN A CIVIL ACTION and CLASS ACTION COMPLAINT**

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

**My name is Ryan McColm, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, November 17, 2025

By: _____
Ryan McColm - PSC 6317 - Exp 01/31/27
served@specialdelivery.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| PATRICIA EAGAN on behalf of herself and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> ORACLE CORPORATION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-01805-ADA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ORACLE CORPORATION
c/o Corporation Service Company dba CSC - Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joe Kendall
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 825
Dallas, TX 75219
214-744-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:   11/12/2025

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01805-ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                          *Server's signature*

                              _____
                                          *Printed name and title*

                              _____
                                          *Server's address*

Additional information regarding attempted service, etc:

**RETURN / AFFIDAVIT**
**PROOF / ATTACHED**