UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PATRICIA EAGAN, on behalf of herself and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION,<br><br>   Defendant. | **Case No.: 1:25-cv-01805-ADA-SH** |
| ARIANNA M. BROWN, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GLOBALLOGIC INC. and ORACLE CORPORATION,<br><br>   Defendants. | **Case No.: 1:25-cv-01824-ADA-SH** |
| ASHLEY SAINVIL, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GLOBALLOGIC INC. and ORACLE CORPORATION,<br><br>   Defendants. | **Case No.: 1:25-cv-01854-ADA-SH** |

1

| | |
|---|---|
| YERINA HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ENVOY AIR INC. and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-01862-ADA-ML** |
| DANIELLE GOMEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LKQ CORPORATION and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-01864-ADA** |
| BRADLEE WILSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID YURMAN ENTERPRISES, LLC and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-01865-ADA-SH** |

2

| | |
|---|---|
| MICHAEL GARZA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>MASTEC, INC. and ORACLE CORPORATION,<br><br>   Defendants. | **Case No.: 1:25-cv-01866-ADA-SH** |
| LISA MAGNUSSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GLOBALLOGIC INC. and ORACLE CORPORATION,<br><br>   Defendants. | **Case No.: 1:25-cv-01868-ADA-SH** |
| DANIEL HUNTLEY, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>TRIMBLE, INC. and ORACLE CORPORATION,<br><br>   Defendants. | **Case No.: 1:25-cv-01871-ADA-SH** |

| | |
|---|---|
| MARY JO BARIL, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, *et al.*,<br><br>    Defendants. | **Case No.: 1:25-cv-01873-ADA-SH** |
| JUAN JIMENEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MILGARD MANUFACTURING LLC and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-01877-ADA-SH** |
| JUSTIN DALTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RHEEM MANUFACTURING COMPANY and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-01893-ADA-SH** |

4

| | |
|---|---|
| AMBER R. WOODSON, *et al.*, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, *et al.*,<br><br>   Defendants. | **Case No.: 1:25-cv-01902-ADA-SH** |
| MARK PETERSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF PHOENIX, INC. and ORACLE CORPORATION,<br><br>   Defendants. | **Case No.: 1:25-cv-01915-ADA-SH** |
| RENAE SHIKE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and ABBOTT LABORATORIES,<br><br>   Defendants. | **Case No.: 1:25-cv-01916-ADA-SH** |

5

| | |
|---|---|
| ROBERT HIGHTOWER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TRIMBLE, INC. and ABBOTT LABORATORIES,<br><br>    Defendants. | **Case No.: 1:25-cv-01921-ADA-SH** |
| ALLAN LAMERE, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, *et al.*,<br><br>    Defendants. | **Case No.: 1:25-cv-01923-ADA-SH** |
| JAMES NANCE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and WP COMPANY LLC d/b/a THE WASHINGTON POST, *et al.*,<br><br>    Defendants. | **Case No.: 1:25-cv-01924-ADA-SH** |

| | |
|---|---|
| ERIC KING, individually and on behalf of all others similarly situated, <br><br>    Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION and INTEGRA LIFESCIENCES HOLDING CORPORATION, <br><br>    Defendants. | **Case No.: 1:25-cv-01925-ADA-SH** |
| JAKE PETERSON, individually and on behalf of all others similarly situated, <br><br>    Plaintiff, <br><br> v. <br><br> TRIMBLE INC. and ORACLE CORPORATION, <br><br>    Defendants. | **Case No.: 1:25-cv-01927-ADA-SH** |
| IVONNE VALDES, individually and on behalf of all others similarly situated, <br><br>    Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION and SCHNEIDER ELECTRIC USA, INC., <br><br>    Defendants. | **Case No.: 1:25-cv-01928-ADA-SH** |

| | |
|---|---|
| ANNETTE BARNES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and COX ENTERPRISES, INC.,<br><br>    Defendants. | **Case No.: 1:25-cv-01935-ADA-SH** |
| TONIQUE PROCTOR, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION and SCHNEIDER ELECTRIC USA, INC.,<br><br>    Defendants. | **Case No.: 1:25-cv-01939** |
| CAROL SMOUSE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CANON U.S.A., INC. and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-01952-ADA-SH** |

8

| | |
|---|---|
| ANDREW TORRENTE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and SCHNEIDER ELECTRIC USA,<br><br>    Defendants. | **Case No.: 1:25-cv-01960-ADA-SH** |
| CYNTHIA SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, *et al.*,<br><br>    Defendants. | **Case No.: 1:25-cv-01964-ADA-SH** |
| SARAH BRUMWELL, CINDY CLARK, MATT CULPEPPER, STEVE LANDES, KIMBERLEY MADSEN-PRICE, STACY RANSON, DAWN STRATTON, and APRIL WATTS individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, EMERSON ELECTRIC, CO., INTEGRA LIFESCIENCES CORPORATION, CANON U.S.A., INC., THE UNIVERSITY OF PHOENIX, INC., ABBOTT LABORATORIES, WP COMPANY LLC d/b/a THE WASHINGTON POST, MICHELIN NORTH AMERICA, INC., LOGITECH INC., | **Case No.: 1:25-cv-01980-ADA-SH** |

| | |
|---|---|
| and HUMANA, INC., <br><br> Defendants. | |
| LINDA CURLEE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF PHOENIX, INC. and ORACLE CORPORATION, <br><br> Defendants. | **Case No.: 1:25-cv-01999-ADA-SH** |
| PATTY BLOUNT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION and CANON U.S.A., INC., <br><br> Defendants. | **Case No.: 1:25-cv-02003-ADA-SH** |

| | |
|---|---|
| CINDY VOLSKY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and HUMANA INC.,<br><br>    Defendants. | **Case No.: 1:25-cv-02004-ADA-SH** |
| BRUCE BENNETT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, COX ENTERPRISES, INC., EMERSON ELECTRIC CO., and WP COMPANY LLC d/b/a THE WASHINGTON POST,<br><br>    Defendants. | **Case No.: 1:25-cv-02006-ADA-SH** |

**DEFENDANT ORACLE CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CLASS COUNSEL**

This response confirms that Defendant Oracle Corporation ("Oracle") does not oppose Plaintiffs' Motion to Consolidate Actions and Appoint Interim Class Counsel ("Motion"). *See* ECF No. 8.

1.     As noted in footnote 1 to the Motion, Oracle does not oppose consolidation of the Related Actions[1] and takes no position on the appointment of interim class counsel. Oracle

---

[1] The Related Actions are the cases listed in the case captions above. Oracle anticipates that the following recently filed cases, as well as others, may also ultimately be consolidated into this action: *Daly, et al. v. Oracle Corporation, et al.*, Case No. 1:25-cv-2039 and *Parks v. Envoy Air Inc. et al*, Case No. 1:25-cv-2034.

11

disagrees, however, with many of the factual and legal claims in the Motion, including Plaintiffs' statements and characterizations concerning the alleged breach, its impacts, and Oracle's business and structure.

2. In addition, Oracle joins in Plaintiffs' application to "stay the Related Actions, including Defendants' responsive pleading deadlines." ECF No. 8 at 1. To conserve both the parties' and the Court's resources, Plaintiffs, with Oracle's consent, seek a "stay [of] Defendants' deadlines to respond to the complaints in the individual Related Actions pending a decision on Plaintiffs' motion to consolidate actions and, if granted, until a consolidated complaint is filed." *Id. at* 20.

Dated: December 16, 2025

Respectfully submitted,

By: */s/ Robert S. Harrell*

Robert S. Harrell
Texas Bar No. 09041350
James B. Danford, Jr.
Texas Bar No. 24105775
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002
Telephone: (713) 238-3000
rharrell@mayerbrown.com
jdanford@mayerbrown.com

John Nadolenco*
MAYER BROWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-5173
jnadolenco@mayerbrown.com

Adam Hickey*
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3024
ahickey@mayerbrown.com

David Lizmi*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2243
dlizmi@mayerbrown.com

*Attorneys for Defendant Oracle Corporation*

**Pro hac vice forthcoming*

## **CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument was filed using the Court's CM/ECF system on December 16, 2025, which will deliver electronic notice of same to all counsel of record.

                                                                     */s/ James B. Danford, Jr.*
                                                                     James B. Danford, Jr.