UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PATRICIA EAGAN, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION,<br><br>Defendant. | **Case No.: 1:25-cv-01805-ADA-SH** |
| ARIANNA M. BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBALLOGIC INC. and ORACLE CORPORATION,<br><br>Defendants. | **Case No.: 1:25-cv-01824-ADA-SH** |
| ASHLEY SAINVIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBALLOGIC INC. and ORACLE CORPORATION,<br><br>Defendants. | **Case No.: 1:25-cv-01854-ADA-SH** |

1

| | |
|---|---|
| YERINA HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ENVOY AIR INC. and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-01862-ADA-ML** |
| DANIELLE GOMEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LKQ CORPORATION and ORACLE CORPORATION,<br><br>    Defendant. | **Case No.: 1:25-cv-01864-ADA** |
| BRADLEE WILSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID YURMAN ENTERPRISES, LLC and ORACLE CORPORATION,<br><br>Defendants. | **Case No.: 1:25-cv-01865-ADA-SH** |

| | |
|---|---|
| MICHAEL GARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASTEC, INC. and ORACLE CORPORATION,<br><br>Defendants. | **Case No.: 1:25-cv-01866-ADA-SH** |
| LISA MAGNUSSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBALLOGIC INC. and ORACLE CORPORATION,<br><br>Defendants. | **Case No.: 1:25-cv-01868-ADA-SH** |
| DANIEL HUNTLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIMBLE, INC. and ORACLE CORPORATION,<br><br>Defendants. | **Case No.: 1:25-cv-01871-ADA-SH** |

| | |
|---|---|
| MARY JO BARIL, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, *et al.*,<br><br>    Defendants. | **Case No.: 1:25-cv-01873-ADA-SH** |
| JUAN JIMENEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MILGARD MANUFACTURING LLC and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-01877-ADA-SH** |
| JUSTIN DALTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RHEEM MANUFACTURING COMPANY and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-01893-ADA-SH** |

| | |
|---|---|
| AMBER R. WOODSON, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, *et al.*,<br><br>    Defendants. | **Case No.: 1:25-cv-01902-ADA-SH** |
| MARK PETERSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF PHOENIX, INC. and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-01915-ADA-SH** |
| RENAE SHIKE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and ABBOTT LABORATORIES,<br><br>    Defendants. | **Case No.: 1:25-cv-01916-ADA-SH** |

| | |
|---|---|
| ROBERT HIGHTOWER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TRIMBLE, INC. and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-01921-ADA-SH** |
| ALLAN LAMERE, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, et al.,<br><br>    Defendants. | **Case No.: 1:25-cv-01923-ADA-SH** |
| JAMES NANCE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and WP COMPANY LLC d/b/a THE WASHINGTON POST, *et al.*,<br><br>    Defendants. | **Case No.: 1:25-cv-01924-ADA-SH** |

| | |
|---|---|
| ERIC KING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and INTEGRA LIFESCIENCES HOLDING CORPORATION,<br><br>Defendants. | **Case No.: 1:25-cv-01925-ADA-SH** |
| JAKE PETERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIMBLE INC. and ORACLE CORPORATION,<br><br>Defendants. | **Case No.: 1:25-cv-01927-ADA-SH** |
| IVONNE VALDES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and SCHNEIDER ELECTRIC USA, INC.,<br><br>Defendants. | **Case No.: 1:25-cv-01928-ADA-SH** |

8

| | |
|---|---|
| ANNETTE BARNES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and COX ENTERPRISES, INC.,<br><br>Defendants. | **Case No.: 1:25-cv-01935-ADA-SH** |
| CAROL SMOUSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANON U.S.A., INC. and ORACLE CORPORATION,<br><br>Defendants. | **Case No.: 1:25-cv-01952-ADA-SH** |
| ANDREW TORRENTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and SCHNEIDER ELECTRIC USA,<br><br>Defendants. | **Case No.: 1:25-cv-01960-ADA-SH** |

| | |
|---|---|
| CYNTHIA SMITH, MICHAEL ELLIS, DOLORES FERRERO, GERRY GRECO, KIMBERLY MARTEL, TIMOTHY MARTINS, JOSEPH MOLINA, PATRICK REYNOLDS, LEONID ROSENBOIM, MATTHEW SAMPSON, HENRY SANCHEZ, and BENJAMIN WAND, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, et al.,<br><br>    Defendants. | **Case No.: 1:25-cv-01964-ADA-SH** |
| SARAH BRUMWELL, CINDY CLARK, MATT CULPEPPER, STEVE LANDES, KIMBERLEY MADSEN-PRICE, STACY RANSON, DAWN STRATTON, and APRIL WATTS individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, EMERSON ELECTRIC, CO., INTEGRA LIFESCIENCES CORPORATION, CANON U.S.A., INC., THE UNIVERSITY OF PHOENIX, INC., ABBOTT LABORATORIES, WP COMPANY LLC D/B/A THE WASHINGTON POST, MICHELIN NORTH AMERICA, INC., LOGITECH INC., and HUMANA, INC.,<br><br>    Defendants. | **Case No.: 1:25-cv-01980-ADA-SH** |

| | |
|---|---|
| LINDA CURLEE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF PHOENIX, INC. and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-01999-ADA-SH** |
| PATTY BLOUNT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, and CANON U.S.A., INC,<br><br>    Defendants. | **Case No.: 1:25-cv-2003-ADA-SH** |
| CINDY VOLSKY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, and HUMANA INC.,<br><br>    Defendants. | **Case No.: 1:25-cv-02004-ADA-SH** |

| | |
|---|---|
| BRUCE BENNETT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, COX ENTERPRISES, INC., EMERSON ELECTRIC CO., and WP COMPANY LLC d/b/a THE WASHINGTON POST,<br><br>    Defendants. | **Case No.: 1:25-cv-02006-ADA-SH** |
| KHIANNA PARKS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ENVOY AIR INC. and ORACLE CORPORATION,<br><br>    Defendants. | **Case No.: 1:25-cv-02034** |
| CHRISTOPHER ANDREW DALY III, MATTHEW BENJAMIN ROSS, CURTIS SMITH, and EMMA DONALD, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, CSC GLOBAL ENTERPRISES, LLC, TRUSTEES OF DARTMOUTH COLLEGE, and MASTEC, INC.,<br><br>    Defendants. | **Case No.: 1:25-cv-02039-ADA-SH** |

| | |
|---|---|
| YAMMARII LONG, JOSE GUARDADO, and NICOLE HUGHES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, LKQ CORPORATION, THE UNIVERSITY OF PHOENIX, INC.,<br><br>Defendants. | **Case No.: 1:25-cv-02072-ADA-SH** |
| LASHA VAMPLE on her own behalf and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION and UNIVERSITY OF PENNSYLVANIA,<br><br>Defendants. | **Case No.: 1:25-cv-02078-ADA-SH** |

**DEFENDANT ORACLE CORPORATION'S RESPONSE TO PLAINTIFFS' AMENDED UNOPPOSED MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM <u>CLASS COUNSEL</u>**

Defendant Oracle Corporation ("Oracle") does not oppose consolidating the Related Actions referenced in Plaintiffs' Amended Unopposed Motion to Consolidate Actions and Appoint Interim Class Counsel (the "Motion") for pretrial purposes only. *See* ECF No. 23. And Oracle takes no position on Plaintiffs' proposed class counsel and leadership structure.

1. As noted in footnote 1 to the Motion, Oracle does not oppose consolidation of the Related Actions[1] for all pretrial purposes.

2. Oracle does not consent to consolidating the Related Actions for trial. This litigation is at its initial stages and Plaintiffs have yet to file their amended consolidated complaint, which likely will include new parties, allegations, and causes of action. Moreover, the duties of the respective parties, and the theories of Plaintiffs' cases, are likely to depend on variables across different categories of defendants, such as their relationship to the network, product, or services at issue and where and how they used them. As a result, trial issues likely will vary significantly. At the very least, it is premature at this time to consolidate the cases.

3. Oracle takes no position on Plaintiffs' motion to appoint interim class counsel and their proposed leadership structure.

4. Oracle disagrees, however, with many of the factual and legal claims in the Motion, including Plaintiffs' statements and characterizations concerning the alleged breach, its impacts, and Oracle's business and structure.

5. In addition, Oracle joins in Plaintiffs' request to "stay the Related Actions, including Defendants' responsive pleading deadlines." ECF No. 23 at 2. To conserve both the parties' and the Court's resources, Plaintiffs, with Oracle's consent, seek a "stay [of] Defendants'

---

[1] The Related Actions are the cases listed in the case captions above.

deadlines to respond to the complaints in the individual Related Actions pending a decision on [the Motion] and, if granted, until a consolidated complaint is filed." *Id.* at 21.

Dated: December 22, 2025

Respectfully submitted,

By: */s/ Robert S. Harrell*

Robert S. Harrell
Texas Bar No. 09041350
James B. Danford, Jr.
Texas Bar No. 24105775
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002
Telephone: (713) 238-3000
rharrell@mayerbrown.com
jdanford@mayerbrown.com

John Nadolenco*
MAYER BROWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-5173
jnadolenco@mayerbrown.com

Adam Hickey*
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3024
ahickey@mayerbrown.com

David Lizmi*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2243
dlizmi@mayerbrown.com

*Attorneys for Defendant Oracle Corporation*

**Admitted pro hac vice*

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument was filed using the Court's CM/ECF system on December 22, 2025, which will deliver electronic notice of same to all counsel of record.

                                                                         */s/ James B. Danford, Jr.*
                                                                         James B. Danford, Jr.