**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE ORACLE CORPORATION DATA BREACH LITIGATION | Master File No. 1:25-cv-01805-ADA-SH |
| This Document Relates to: ALL ACTIONS | |

**DEFENDANT ORACLE CORPORATION'S UNOPPOSED MOTION FOR
AN EXTENSION OF TIME FOR THE STIPULATING DEFENDANTS TO
RESPOND TO THE CONSOLIDATED COMPLAINT**

Defendant Oracle, Inc. ("Oracle") files this Unopposed Motion for an Extension of Time for the Stipulating Defendants[1] to respond to the Consolidated Complaint (the "Motion"), respectfully stating as follows:

WHEREAS, on January 5, 2026, the Court granted in part and denied in part Plaintiffs' Amended Unopposed Motion to Consolidate Actions and Appoint Interim Class Counsel and ordered Plaintiffs to file an operative Consolidated Complaint. *See* ECF No. 25;

WHEREAS, on March 6, 2026, Plaintiffs filed a Consolidated Class Action Complaint. *See* ECF No. 86;

WHEREAS, the Consolidated Complaint is 193 pages long, containing 1,059 paragraphs;

WHEREAS, on March 6, 2026, Plaintiffs—Mari Soliz, Denise Rico, Stephanie Hill and Hailey Waller—in two putative class actions currently pending in the District of Arizona[2] filed a motion for transfer and consolidation pursuant to 28 U.S.C. § 1407 with the United States Judicial

---

[1] The Stipulating Defendants are: Oracle, Cox Enterprises, Inc., LKQ Corporation, Madison Square Garden Entertainment Corp., The University of Phoenix, Inc., WP Company LLC, Trustees of Dartmouth College, the Research Foundation for the State University of New York, and the Trustees of the University of Pennsylvania. To the Stipulating Defendants' knowledge, Defendants Parexel International LLC and Anywhere Real Estate Inc. have not yet been served or entered appearances in this action.

[2] *Soliz v. the University of Phoenix, Inc.*, Case No. 2:25-cv-4522 (D. Ariz.) and *Hill v. the University of Phoenix, Inc.*, Case No. 2:25-cv-4936 (D. Ariz.).

1

Panel on Multidistrict Litigation ("JMPL"), which seeks transfer and centralization of six of the actions against Defendants the University of Phoenix, Inc. and Oracle that were previously consolidated into the above-captioned action.[3] *See* MDL No. 3183, ECF No. 2 (the "MDL Motion"). Pursuant to the JMPL's briefing schedule, the MDL Motion will be fully briefed on April 3, 2026. *See id.*, ECF No. 4;

WHEREAS, with Stipulating Defendants reserving their rights to seek other appropriate relief from the Court if necessary, the parties have conferred and agreed upon the following schedule for the Stipulating Defendants' response to the Consolidated Complaint, and subsequent briefing on Defendants' motions to dismiss the Consolidated Complaint, if any;

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that:

1.  The Stipulating Defendants shall file an answer or otherwise respond to the Consolidated Complaint by May 5, 2026;

2.  Plaintiffs shall file an opposition to any motion to dismiss or similar motion filed in response to the Consolidated Complaint by July 6, 2026;

3.  The Stipulating Defendants shall file a reply in support of any motion to dismiss or similar motion by August 5, 2026.

4.  In the event that the MDL Motion is not resolved within 21 days of the filing of the Motion, the Parties shall file an application for an extension of the Stipulating Defendants' time to respond to the Consolidated Complaint, along with a status update as to the MDL Motion.

---

[3] *Peterson v. The University of Phoenix, Inc., et al.*, Case No. 1:25-cv-1915; *Brumwell et al., v. Oracle Corporation, et al.*, Case No. 1:25-cv-1980; *Curlee v. The University of Phoenix, Inc., et al.*, Case No. 1:25-cv-1999; *Long, et al., v. Oracle Corp., et al.*, Case No. 1:25-cv-2072; *Pointer v. The University of Phoenix, et al.*, 1:26-cv-00009; *Clark v. The University of Phoenix, et al.*, 1:26-cv-00184.

Dated: March 18, 2026

Respectfully submitted,

By: */s/ Robert S. Harrell*
Robert S. Harrell
Texas Bar No. 09041350
James B. Danford, Jr.
Texas Bar No. 24105775
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002
Telephone: (713) 238-3000
rharrell@mayerbrown.com
jdanford@mayerbrown.com

John Nadolenco*
MAYER BROWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-5173
jnadolenco@mayerbrown.com

Adam Hickey*
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3024
ahickey@mayerbrown.com

David Lizmi*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2243
dlizmi@mayerbrown.com

*Attorneys for Defendant Oracle Corporation*

**Admitted pro hac vice*

3

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 18, 2026, Counsel for Defendant Oracle Corporation conferred with Counsel for Plaintiffs and the Stipulating Defendants, all of whom indicated they are unopposed to the relief requested herein.

By: */s/ James B. Danford, Jr.*
James B. Danford, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2026, the foregoing was electronically filed through the Court's CM/ECF system and thereby served on all counsel of record via E-mail.

By: */s/ James B. Danford, Jr.*
James B. Danford, Jr.

4