**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE ORACLE CORPORATION DATA BREACH LITIGATION<br><br>This Document Relates to: ALL ACTIONS | Master File No. 1:25-cv-01805-ADA-SH |

**[PROPOSED] ORDER GRANTING DEFENDANT ORACLE CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE STIPULATING DEFENDANTS TO RESPOND TO THE CONSOLIDATED COMPLAINT**

On this day, the Court considered Defendant Oracle Corporation's Unopposed Motion for an Extension of Time for the Stipulating Defendants[1] to respond to the Consolidated Complaint. The Court, having considered the Motion and noting that it is unopposed, finds that good cause exists for the relief requested in the Motion. As a result, the Motion is GRANTED.

IT IS, THEREFORE, ORDERED that the Stipulating Defendants' deadline to answer or otherwise respond to the Consolidated Complaint (ECF No. 86) is extended to May 5, 2026; Plaintiffs shall file any opposition to any motion to dismiss or similar motion filed in response to the Consolidated Complaint by July 6, 2026; and the Stipulating Defendants shall file any reply in support of any motion to dismiss or similar motion by August 5, 2026. In the event that the motion for transfer and consolidation pursuant to 28 U.S.C. § 1407 filed in MDL No. 3183 is not resolved within 21 days of the filing of the Motion, the Parties shall file an application for an extension of the Stipulating Defendants' time to respond to the Consolidated Complaint, along with a status update as to the MDL Motion.

---

[1] The Stipulating Defendants are: Oracle Inc., Cox Enterprises, Inc., LKQ Corporation, Madison Square Garden Entertainment Corp., The University of Phoenix, Inc., WP Company LLC, Trustees of Dartmouth College, the Research Foundation for the State University of New York, and the Trustees of the University of Pennsylvania.

1

2

SO ORDERED.


Dated: _____            _____
                                        United States District Judge