# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION DATA BREACH LITIGATION | Master File No. 1:25-cv-01805-ADA-SH |
| This Document Relates To: ALL ACTIONS | |

## ORDER

Now before the Court is Defendant Oracle Corporation's Unopposed Motion for an Extension of Time for the Stipulating Defendants[1] to respond to the Consolidated Complaint, filed March 18, 2026.[2] Dkt. 91. Having considered Defendant's Motion and finding good cause for the relief requested, the Court **GRANTS** Defendant's Motion (Dkt. 91).

The Court **ORDERS**:

- The Stipulating Defendants' deadline to answer or otherwise respond to the Consolidated Complaint (Dkt. 86) is extended to **May 5, 2026**;

- Plaintiffs shall file any response to any motion to dismiss or similar motion filed in response to the Consolidated Complaint by **July 6, 2026**; and

- The Stipulating Defendants shall file any reply in support of any motion to dismiss or similar motion by **August 5, 2026**.

---

[1] The Stipulating Defendants are Oracle Inc., Cox Enterprises, Inc., LKQ Corporation, Madison Square Garden Entertainment Corp., The University of Phoenix, Inc., WP Company LLC, Trustees of Dartmouth College, the Research Foundation for the State University of New York, and the Trustees of the University of Pennsylvania.

[2] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges (Dkt. 3).

The Court further **ORDERS** that if the corrected motion for transfer and consolidation under 28 U.S.C. § 1407, filed March 6, 2026 in MDL No. 3183 ("MDL Motion"), is not resolved within 21 days of the filing of Defendant's Motion – that is, by **April 8, 2026** – the Parties shall file an application for an extension of the Stipulating Defendants' time to respond to the Consolidated Complaint and a status update as to the MDL Motion.

**IT IS SO ORDERED.**

**SIGNED** on March 19, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

2