# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION DATA BREACH LITIGATION | Master File No. 1:25-cv-01805-ADA-SH |
| This Document Relates To: ALL ACTIONS | |

## ORDER

Now before the Court is Defendant Oracle Corporation's Unopposed Motion for an Extension of Time for Defendants[1] to respond to the Consolidated Complaint, filed April 9, 2026.[2] Dkt. 106. Having considered Defendant's Motion and finding good cause for the relief requested, the Court **GRANTS** Defendant's Motion (Dkt. 106).

The Court **ORDERS**:

- Defendants' deadline to answer or otherwise respond to the Consolidated Complaint (Dkt. 86) is extended to **June 4, 2026**;

- Plaintiffs shall file any response to any motion to dismiss or similar motion filed in response to the Consolidated Complaint by **August 3, 2026**; and

- Defendants shall file any reply in support of any motion to dismiss or similar motion by **September 2, 2026**.

**SIGNED** on April 10, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Stipulating Defendants are Oracle Inc., Cox Enterprises, Inc., Madison Square Garden Entertainment Corp., The University of Phoenix, Inc., WP Company LLC, Trustees of Dartmouth College, the Research Foundation for the State University of New York, and the Trustees of the University of Pennsylvania.

[2] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges (Dkt. 3).