**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE ORACLE CORPORATION DATA BREACH LITIGATION | Master File No. 1:25-cv-01805-ADA-SH |
| This Document Relates To: ALL ACTIONS | |

## ORDER

Now before the Court is Defendant Oracle Corporation's Unopposed Motion on Behalf of All Defendants for Leave to Exceed Page Limitations, filed May 19, 2026 (Dkt. 143).[1]

The Court will hold a hearing on Defendants' Motion by Zoom at **10 a.m. CDT Wednesday, May 27, 2026**. During the hearing, the Court expects to address page limits and deadlines for motion to dismiss briefing by all parties.

Counsel of record will receive a link to the hearing by email from Courtroom Deputy Kyra Kelley, Kyra_Kelley@txwd.uscourts.gov.

**SIGNED** on May 26, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas ("Local Rules"), and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges (Dkt. 3).