**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE ORACLE CORPORATION DATA BREACH LITIGATION | Master File No. 1:25-cv-01805-ADA-SH |
| This Document Relates To: ALL ACTIONS | |

## ORDER

Now before the Court is Defendant Oracle Corporation ("Oracle")'s Unopposed Motion on Behalf of All Defendants for Leave to Exceed Page Limitations, filed May 19, 2026 (Dkt. 143).[1] On this date, the Court held a hearing on the motion at which Plaintiffs and Defendants appeared through counsel.

The Court **GRANTS IN PART and DENIES IN PART** Defendant Oracle Corporation's Unopposed Motion on Behalf of All Defendants for Leave to Exceed Page Limitations (Dkt. 143) and **ORDERS**:

- Oracle may file a Motion to Dismiss the Consolidated Class Action Complaint not to exceed forty (40) pages in length by **June 4, 2026**.

- Each Defendant other than Oracle may file a Motion to Dismiss not to exceed twenty (20) pages in length by **June 18, 2026**.

- Plaintiffs shall file any response to any motion to dismiss or similar motion filed in response to the Consolidated Complaint by **August 17, 2026**.

  - Plaintiffs' response to Oracle's Motion to Dismiss may not exceed forty (40) pages in length.

  - Plaintiffs' response to any other Defendant's Motion to Dismiss may not exceed twenty (20) pages in length.

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges (Dkt. 3).

- Defendants shall file any reply in support of any motion to dismiss or similar motion by **September 16, 2026**.

  o Oracle's reply may not exceed twenty (20) pages in length.

  o Each other Defendant's reply may not exceed ten (10) pages in length.

**SIGNED** on May 27, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE