**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE ORACLE CORPORATION DATA BREACH LITIGATION<br><br>This Document Relates To: ALL ACTIONS | Master File No. 1:25-cv-01805-ADA-SH |

**DEFENDANT THE UNIVERSITY OF PHOENIX, INC.'S**
**MOTION TO STRIKE CLASS ALLEGATIONS**

Defendant the University of Phoenix, Inc. ("UOPX") hereby joins Defendant Oracle in its arguments regarding its Motion to Strike Class Allegations (the "Motion"). Thus, UOPX seeks to adopt, refer, and reference, as if fully set forth herein, the arguments in the Motion with respect to Plaintiffs' inability to certify a nationwide class regarding its negligence claims.[1] ECF No. 153.

Therefore, Defendant the University of Phoenix, Inc. respectfully prays that the Court strike Plaintiffs' nationwide class allegations from Plaintiffs' Consolidated Class Action Complaint. ECF No. 86.

---

[1] Plaintiffs' have not asserted a California Consumer Privacy Act claim against UOPX. Therefore, UOPX does not join Oracle in this argument. *See* ECF No. 153, at 5, 15–16.

DATED: June 18, 2026

Respectfully submitted,

/s/ *Lindsay B. Nickle*
Lindsay B. Nickle
Texas Bar No. 24007747
Taylor D. Brisco
Texas Bar No. 24133096
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 Crescent Court, Suite 700
Dallas, Texas 75201
(806) 535-0274
lnickle@constangy.com
tbrisco@constangy.com

*Counsel for Defendant the University of Phoenix, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this June 18, 2026, the foregoing document was electronically filed, as required by the United States District Court for the Western District of Texas, using the Court's CM/ECF filing system, which will transmit a notice of filing to all counsel of record.

/s/ *Lindsay B. Nickle*
Lindsay B. Nickle