**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| IN RE ORACLE CORPORATION DATA | § | |
| BREACH LITIGATION | § | |
| | § | |
| This Document Relates Only to Case Nos: | § | Master File No. 1:25-CV-01805-ADA-SH |
| | § | |
| 1:26-cv-01637 | § | |
| 1:26-cv-01654 | § | |
| 1:26-cv-01659 | § | |
| 1:26-cv-01774 | | |
| 1:26-cv-01791 | | |

**[PROPOSED] ORDER**

1.      AND NOW this _____ day of _____, 2026, upon Plaintiffs Kelly Lundquist's and Toni Andrade's and Defendant Oracle Corporation's Joint Motion to Deconsolidate the Oracle Peoplesoft Actions from *In Re Oracle Corporation Data Breach Litigation*, No. 1:25-cv-01805, and all responses thereto, it is **HEREBY ORDERED** that the motion is **GRANTED.**

2.      The following cases are **DECONSOLIDATED** from *In Re Oracle Corporation Data Breach Litigation*, No. 1:25-cv-01805:

    i.    *C.A. v. Oracle Corporation*, Case No. 1:26-cv-01637 (W.D. Tex.);

    ii.    *Lundquist v. Oracle Corporation, et al.*, Case No. 1:26-cv-01654 (W.D. Tex.);

    iii.    *Andrade v. Oracle Corporation, et al.*, Case No. 1:26-cv-01659 (W.D. Tex.);

    iv.    *Fosdyck v. Oracle Corporation, et al.*, Case No. 1:26-cv-01774 (W.D. Tex.); and

    v.    *Beatty v. Oracle Corporation, et al.*, Case No. 1:26-cv-01791 (W.D. Tex.).

3.      The Clerk of Clerk shall **REOPEN** the dockets in the above Actions.

1

4.      The Clerk of Court **SHALL NOT** consolidate any future action(s) related to the Oracle PeopleSoft Data Breach into *In Re Oracle Corporation Data Breach Litigation*, No. 1:25-cv-01805.

5.      The defendants' obligations and deadlines to respond to the complaints filed in the Oracle PeopleSoft Actions are hereby **STAYED** until further Order of Court.

6.      The plaintiffs in the Actions referenced in Paragraph 2 are **ORDERED** to submit briefing on consolidation and the appointment of interim class counsel within fourteen (14) days of this Order.

**SO ORDERED**

_____
                                                    *J.*