**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **IN RE ORACLE CORPORATION DATA BREACH LITIGATION**<br><br>**This Document Relates to Defendant Parexel International, LLC only** | **Case No. 1:25-cv-01805-ADA-SH** |

# NOTICE OF SETTLEMENT AS TO PAREXEL INTERNATIONAL, LLC

Plaintiffs, Kevin Youmell, Michael Trempus, Nicole O'Keeffe, and Michelle Neville ("Plaintiffs"), and Defendant Parexel International, LLC ("Parexel"), hereby notify the Court they have reached an agreement in principle on the material terms of a settlement to resolve and release on a classwide basis all claims in this action against Parexel. This settlement does not include Defendant Oracle Corporation or any other defendant in this consolidated action. The settlement is conditioned on the parties executing a written settlement agreement which will be the subject of Plaintiffs' unopposed motion for preliminary approval expected to be filed within 90 days of today.

Dated: August 20, 2026.

Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow (pro hac vice)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

Mark Lanier
**THE LANIER LAW FIRM, PLLC**
Texas Bar No. 11934600
10940 W. Sam Houston Pkwy N., Ste. 100
Houston, Texas 77064

*/s/ Starr T. Drum*
Starr T. Drum
Xeris E. Gregory
**POLSINELLI PC**
2000 Southbridge Parkway, Suite 301
Birmingham, AL 35209
Tel: (205) 963-7140
sdrum@polsinelli.com
xgregory@polsinelli.com

*Attorneys for Parexel International, LLC*

Tel: (713) 659-5200
mark.lanier@lanierlawfirm.com

Gary Klinger (pro hac vice)
**MILBERG PLLC**
227 W. Monroe Street. Ste. 2100
Chicago, Illinois 60606
Tel: (858) 209-6941
gklinger@milberg.com

*Interim Co-Lead Class Counsel*

Joe Kendall
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Tel: (214) 744-3000
jkendall@kendalllawgroup.com

*Interim Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2026, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

*/s/ Jeff Ostrow*
Jeff Ostrow