**3UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **IN RE ORACLE CORPORATION DATA BREACH LITIGATION**<br><br>**This Document Relates to Defendants Cox Enterprises, Inc. and The University of Pennsylvania only** | **Case No. 1:25-cv-01805-ADA-SH** |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINES TO FILE MOTIONS FOR PRELIMINARY APPROVAL AS TO THE SETTLEMENTS WITH DEFENDANTS COX ENTERPRISES, INC. AND THE UNIVERSITY OF PENNSYLVANIA**

Having reviewed *Plaintiffs' Unopposed Motion to Extend Deadlines to File Motions for Preliminary Approval as to the Settlements with Defendants Cox Enterprises, Inc. and The University of Pennsylvania*, filed on September 3, 2026 by Plaintiffs, Maxim Gilula, Johnathan Kim, James Massengill, and Marcus Issa, the Court hereby GRANTS the motion.

Plaintiffs shall file their Motions for Preliminary Approval of Class Action Settlement as to the settlements with Defendants Cox Enterprises, Inc. and The University of Pennsylvania on or before October 15, 2026. All deadlines as to Cox Enterprises, Inc. and The University of Pennsylvania shall remain stayed pending approval of the settlement or further order of the Court.

Dated: September 15, 2026

By:______________________________
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE